SECOND DEPARTMENT, FEBRUARY, 1978

(February 22, 1978)*

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEE HIGGS, Petitioner, v SUPERINTENDENT ARTHUR KILL CORRECTIONAL FACILITY et al.,

* Not published with other decisions of February, 1978, 61 AD2d 782. [Rep.

Respondents.—Application by petitioner for a writ of habeas corpus, denied, without costs. Hopkins, J. P., Latham, Damiani and Titone, JJ., concur.